## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 2:19-cv-00374-RJC |
| v. | |
| DICK'S SPORTING GOODS, INC., | |
| Defendant. | |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff Bartley M. Mullen, Jr. ("Plaintiff") and Defendant Dick's Sporting Goods, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1.      This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2.      No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 6, 2020

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*Attorneys for Plaintiff*

*/s/ Michael J. Chilleen*
Gregory F. Hurley
Michael J. Chilleen
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon

all counsel of record via the Court's electronic filing system on November 6, 2020.

*/s/ R. Bruce Carlson*
R. Bruce Carlson