UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>Defendant. | Case No. 2:19-cv-00374-RJC |

## STIPULATION OF DISMISSAL

Plaintiff Bartley M. Mullen, Jr. ("Plaintiff") and Defendant Dick's Sporting Goods, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 6, 2020

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Michael J. Chilleen*
Gregory F. Hurley
Michael J. Chilleen
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

*Attorneys for Defendant*

AND NOW, this 7th day of November, 2020,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2